AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Deon Cortez Davon Pollard,

*Plaintiff,*

v.

Case No. 0:26−cv−04574−JWB−DTS

Equifax Information Services, LLC,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Equifax Information Services, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan D. Peterson
6600 France Avenue
Suite 602
Edina, MN
55435

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT DISTRICT OF MINNESOTA Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: October 21, 2026

Civil Action No. 0:26−cv−04574−JWB−DTS

# PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_____________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*___________________________________
________________________________ on *(date)* ____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ________________
______________________________, a person of suitable age and discretion who resides there,
on *(date)*________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* ______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*__________________
________________ on *(date)* ___________; or

I returned the summons unexecuted because ______________________________; or

Other *(specify):*

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ______________

_____________________________________________
*Server's signature*

_____________________________________________
*Printed name and title*

_____________________________________________
*Server's address*

Additional information regarding attempted service, etc: