**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Deon Cortez Davon Pollard,

Plaintiff,

v.

Equifax Information Services, LLC,

Defendant.

**Case No.: 0:26-cv-04574-JWB-DTS**

**Summons Returned Executed As To Defendant Equifax Information Services, LLC**

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Deon Cortez Davon Pollard has served upon Defendant Equifax Information Services, LLC copies of the following documents:

1. Summons
2. Complaint
3. Civil Cover Sheet
4. Notice of Appearance
5. Notice of Initial Case Assignment to Judge Jerry Blackwell

Attached hereto is a copy of the Affidavit of Service.

RESPECTFULLY SUBMITTED on November 2, 2026

By: /s/ Ryan Peterson
Ryan D. Peterson, MN #0389607
CONSUMER JUSTICE LAW FIRM PLC
6600 France Ave, Suite 602
Edina, Minnesota 55435

E: rpeterson@consumerjustice.com
T: (651) 315-7656
F: (480) 613-7733

*Attorneys for Plaintiff*
*Deon Cortez Davon Pollard*

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Deon Cortez Davon Pollard,

*Plaintiff,*

v. Case No. 0:26−cv−04574−JWB−DTS

Equifax Information Services, LLC,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Equifax Information Services, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan D. Peterson
6600 France Avenue
Suite 602
Edina, MN
55435

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: October 21, 2026

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

**Deon Cortez Davon Pollard,**
**Plaintiff,**

**CASE 0:26-cv-04574**

**Equifax Information Services, LLC,**
**Defendant,**

## AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

Served Equifax Information Services, LLC c/o Corporation Service Company at 2 Sun Court, Suite 400, Peachtree Corners, Ga 30092 on 10/29/26 at 1:21 P.M. Alisha Smith accepted service as process coordinator Alisha Smith is a Black, F, 30s, 5'7, 160, black hair

Documents:1) Summons 2) Complaint 3) Civil Cover Sheet 4) Notice of Appearance 5) Notice of Initial Case Assignment to Judge Jerry Blackwell

Christopher Stanton
10/30/26